JOHN S. BAKER (SBN 144073)
DORSEY & WHITNEY LLP
38 Technology Drive, Suite 100
Irvine, California 92618-5312
Telephone: (949) 932-3600
Facsimile: (949) 932-3601

Attorneys for Defendant
US Bancorp

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA SWEETMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US BANCORP,<br><br>Defendant. | **Case No. SACV11-00061-JST (MLGx)**<br><br>**Hon. Josephine S. Tucker**<br><br>**[PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**Action Filed: January 12, 2011** |

Defendant US Bancorp ("Defendant") has presented Plaintiff Cassandra Sweetman ("Plaintiff") with evidence that it did not own or operate the ATM in question at the time Plaintiff was charged the transaction fee that serves as the basis for this lawsuit.

1.

1      Now, therefore, an Order is hereby entered as follows:

2      That this entire action shall be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

Dated: May 18, 2011
_____

<u>JOSEPHINE STATON TUCKER</u>
Hon. Josephine S. Tucker
United States District Judge

OCOLIB1\JB\
272842.01